UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJI SAVAEDI, | No. 2:20-cv-02359-TLN-KJN |
| Plaintiff, | **ORDER** |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

Plaintiff Naji Savaedi ("Plaintiff"), proceeding *pro se*, initiated this action against Defendants Department of Homeland Security, U.S. Departement of State, and the Federal Bureau of Investigation. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 1, 2021, the magistrate judge issued findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 14 days. (ECF No. 10.) Plaintiff has not filed any timely objections to the findings and recommendations.

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The Findings and Recommendations (ECF No. 10) are ADOPTED IN FULL;
2. Plaintiff's claims are DISMISSED without prejudice under Rule 4(m) of the Federal Rules of Civil Procedure; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: August 4, 2021

_____
Troy L. Nunley
United States District Judge